IVA M. HART, Respondent, *v.* WILLIAM E. MCKEEVER, Appellant.

*Hart* v. *McKeever*, 166 App. Div. 968, affirmed.
(Submitted October 19, 1917; decided November 2, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 23, 1915, affirming a judgment in favor of plaintiff entered upon a verdict. This action was brought under the Employers' Liability Act to recover damages for injuries sustained by the plaintiff through the negligence of the defendant in failing to provide a safe, suitable and proper stove for her upon which to work; in failing to furnish a reasonably safe, suitable and proper place for her in which to work; and in failing to furnish proper means and appliances for doing her work. Plaintiff, while working as a cook for defendant, was burned through the tipping of a spider containing grease so that the grease caught fire. She contended that the accident was caused through defects in the stove furnished by the defendant for cooking.

*George B. Dolsen* and *William F. Rafferty* for appellant.

*Myron S. Melvin* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND and CRANE, JJ. Not sitting: ANDREWS, J.